# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROSA HEARD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | |
| ) | **No. 25-2328-JWL** |
| ) | |
| **FRANK BISIGNANO,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## MEMORANDUM AND ORDER

Before the court is Plaintiff's Motion for Leave to Appeal in Forma Pauperis. (Doc. 21).   Plaintiff asserts she cannot afford the filing fee for this appeal and has attached the "AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS" but has not signed and dated the Affidavit.   Id. Moreover, she has only completed questions 9 through 13 of the Affidavit.   Id.   The "Instructions" on the Affidavit explain that Plaintiff is to "Complete all questions in this application and then sign it.   Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/ A)," write that response."   Id.

Additionally, Plaintiff did not state her issues on appeal as instructed on the form. The court will deny Plaintiff's motion to appeal IFP until she files a fully completed,

signed and dated form.   Plaintiff must also state her issues on appeal on the form.

Plaintiff need not put an entry in every box on the form, but the answer to each numbered

question must be made clear by an entry on the form.

**IT IS THEREFORE ORDERED** that Plaintiff's motion (Doc. 21) is DENIED

subject to renewing her motion and filing a fully completed, signed and dated Affidavit

form as discussed above no later than August 21, 2026.

Copies of this order shall be provided to counsel of record for the Commissioner

through the court's CM/ECF system and to Plaintiff by regular mail.

Dated July 16, 2026, at Kansas City, Kansas.

s:/   John W. Lungstrum
**John W. Lungstrum**
**United States District Judge**